CHISLEY *v.* WARDEN OF MARYLAND
PENITENTIARY

[App. No. 23, September Term, 1960.]

*Decided November 15, 1960.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRES-COTT and HORNEY, JJ.

PER CURIAM.

Application for leave to appeal is denied for the reasons stated in the opinion of the court below.